JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BRODE, | CASE NO. 8:19-cv-00875-MCS-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PETE BUTTIGIEG, SECRETARY OF THE U.S. DEPARTMENT OF TRANSPORTATION, | |
| Defendant. | |

In accordance with the Jury Verdict and the Court's Bench Verdict, it is hereby ordered, adjudged, and decreed that judgment is entered on all claims in favor of Defendant Pete Buttigieg, Secretary of the U.S. Department of Transportation, as to Plaintiff's claims for disability discrimination, failure to accommodate a known disability, retaliation, and hostile work environment brought pursuant to the Rehabilitation Act of 1973, 29 U.S.C. § 701 *et seq*. Plaintiff shall take nothing from his action against Defendant. The action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 26, 2023

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE